COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Derrick Broussard
Caldwell Correctional Center DOC No. 12580
671 Hwy. 845
Grayson La 71435

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on August 4, 2021 |

**REHEARING ACTION: August 4, 2021**

**Docket Number: 21   00386-KH**

**STATE OF LOUISIANA
VERSUS
DERRICK BROUSSARD**

**Writ Application from Acadia Parish Case No. 80489**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell
    Hon. John E. Conery
    Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Derrick Broussard** is:

    **REHEARING DENIED**.  *See* Uniform Rules–Courts of Appeal, Rule 2-18.7.

cc: Donald Dale Landry, Counsel for  the Respondent